**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE 2ND CHANCE INVESTMENT GROUP, LLC<br><br>　　　　　　Debtor. | Case No. 8:25-cv-00634-FLA<br>Case No. 8:22-bk-12142-SC<br><br>**ORDER DISMISSING ACTION** |

1   On September 25, 2025, the court ordered Appellant Geoff Trapp ("Trapp") to
2 show cause ("OSC") why he should be permitted to represent Clotee Downing
3 ("Downing") as a "next friend," despite Trapp's status as a non-attorney.  Dkt. 6.  The
4 court ordered Trapp to respond to the OSC by October 27, 2025, and warned that
5 failure to respond timely may result in the dismissal of this action.  *Id.* at 3.[1]  No party
6 filed a response.
7   Accordingly, the court hereby DISMISSES this appeal for Trapp's failure to
8 establish he has standing to prosecute this action and lack of prosecution.  *See* Dkt. 6
9 at 2–3; Fed. R. Civ. P. 41(b).

11   IT IS SO ORDERED.

13   Dated: January 13, 2026

   _____
   FERNANDO L. AENLLE-ROCHA
   United States District Judge

---

[1] The court cites documents by the page numbers added by the court's CM/ECF System, rather than any page numbers included natively.

2